IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-611-GCM

| | |
|---|---|
| CHERYL HOGAN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| FIREBIRDS INTERNATIONAL, LLC, et al, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **BARBARA MEISTER CUMMINS,** filed December 16, 2015 [doc. # 2].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Cummins is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Cheryl Hogan.

**IT IS SO ORDERED.**

Signed: December 18, 2015

Graham C. Mullen
United States District Judge