# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-CV-611-GCM

| | | |
|---|---|---|
| CHERYL HOGAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FIREBIRDS INTERNATIONAL, LLC, | ) | |
| *et al,* | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jonathan L. Sulds,** filed February 5, 2016 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Sulds is admitted to appear before this court *pro hac vice* on behalf of Defendants, Firebirds International, LLC, Wood Fired Holding Corporation, and Mark Eason.

**IT IS SO ORDERED.**

Signed: February 16, 2016

Graham C. Mullen
United States District Judge