IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHERYL HOGAN, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 3:15-cv-00611-GCM |
| FIREBIRDS INTERNATIONAL, LLC., WOOD FIRED HOLDING CORPORATION, AND MARK EASON, *an individual* | ) |
| Defendants. | ) |

## **ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Catherine H. Molloy,** filed March 3, 2016 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Molloy is admitted to appear before this court *pro hac vice* on behalf of Defendants, Mark Eason, Firebirds International, LLC, and Wood Fired Holding Corporation.

**IT IS SO ORDERED.**

Signed: March 3, 2016

*Graham C. Mullen*
Graham C. Mullen
United States District Judge