IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-611-GCM

| | | |
|---|---|---|
| CHERYL HOGAN, | ) | |
|           **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FIREBIRDS INTERNATIONAL, LLC, | ) | |
| *et al,* | ) | |
|           **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David Marc Schwartz,** filed March 29, 2016 [doc. # 16].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Schwartz is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Cheryl Hogan.

**IT IS SO ORDERED.**

Signed: March 31, 2016

Graham C. Mullen
United States District Judge