IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-611-GCM

| CHERYL HOGAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| FIREBIRDS INTERNATIONAL, LLC, | ) | |
| *et al*, | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Stanislav Sharovskiy,** filed March 29, 2016 [doc. # 17].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Sharovskiy is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Cheryl Hogan.

**IT IS SO ORDERED.**

Signed: March 31, 2016

Graham C. Mullen
United States District Judge